[No. 44073-0-I.    Division One.    February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. N.U.,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 98-8-04822-2, Michael J. Trickey, J., entered
January 8, 1999. *Affirmed in part* and *remanded* by unpub-
lished per curiam opinion.


[No. 44184-1-I.    Division One.    February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE A.
SALAVERRIA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 98-1-02668-1, Faith Ireland, J., entered Febru-
ary 1, 1999. *Affirmed* by unpublished per curiam opinion.


[No. 44277-5-I.    Division One.    February 14, 2000.]

JODIE PODOLAK, ET AL., *Appellants*, v. STEVEN J. SMITH,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 98-2-05084-5, Robert H. Alsdorf, J., entered
February 12, 1999. *Affirmed* by unpublished per curiam
opinion.


[No. 44286-4-I.    Division One.    February 14, 2000.]

*In the Matter of the Marriage of* TAMARA L. OLSON,
*Petitioner,* and FLOYD H. OLSON, *Appellant,* THE STATE
OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 134933, Joseph A. Thibodeau, J., and
Arden J. Bedle, J. Pro Tem., entered January 14 and Feb-
ruary 24, 1999. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Kennedy, C.J., and Grosse, J.